# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP MOLLICHELLA**, | : | |
| | : | Case No.   18-cv-4868-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **WEST BRANDYWINE TOWNSHIP MUNICIPAL AUTHORITY, ET AL.**, | : | |
| | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 16th day of April, 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 30), and all documents submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part as follows: Count I is **DISMISSED WITHOUT PREJUDICE**; and Count III is **DISMISSED WITH PREJUDICE**.

Plaintiff may file a Third Amended Complaint consistent with this Order, if desired, on or before **April 30, 2020**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**